Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–12674–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Byron Rodriguez
143 Cherry Tree Farm Road
Middletown, NJ 07748

Jenny Torres
143 Cherry Tree Farm Road
Middletown, NJ 07748

Social Security No.:
xxx–xx–7200

xxx–xx–8568

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: Byron Rodriguez and Jenny Torres
    Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: March 8, 2024
JAN: gan

Jeanne Naughton, Clerk