Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12674−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Byron Rodriguez                                Jenny Torres
   143 Cherry Tree Farm Road              143 Cherry Tree Farm Road
   Middletown, NJ 07748                     Middletown, NJ 07748

Social Security No.:
   xxx−xx−7200                                      xxx−xx−8568

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Byron Rodriguez and Jenny Torres
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: March 8, 2024
JAN: gan

                                                                            Jeanne Naughton, Clerk

United States Bankruptcy Court
District of New Jersey

In re: Case No. 19-12674-CMG
Byron Rodriguez Chapter 13
Jenny Torres
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Mar 08, 2024      Form ID: ntcfncur      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Byron Rodriguez, Jenny Torres, 143 Cherry Tree Farm Road, Middletown, NJ 07748-1319 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2024      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dmcdonough@flwlaw.com |
| Elizabeth L. Wassall | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 08, 2024 | Form ID: ntcfncur | Total Noticed: 1 |

Francis T. Tarlecki
    on behalf of Creditor AmeriHome Mortgage Company  LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com

John R. Morton, Jr.
    on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Marisa Myers Cohen
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor AmeriHome Mortgage Company  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa S DiCerbo
    on behalf of Creditor AmeriHome Mortgage Company  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren Brumel
    on behalf of Debtor Byron Rodriguez wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com

Warren Brumel
    on behalf of Joint Debtor Jenny Torres wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com

TOTAL: 13