**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Byron Rodriguez | Social Security number or ITIN | xxx–xx–7200 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Jenny Torres | Social Security number or ITIN | xxx–xx–8568 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court   District of New Jersey

Case number:   19–12674–CMG

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Byron Rodriguez                                  Jenny Torres

4/23/24                                          **By the court:** Christine M. Gravelle
                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 19-12674-CMG

Byron Rodriguez                                                           Chapter 13

Jenny Torres
        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Apr 23, 2024 | Form ID: 3180W | Total Noticed: 69 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Byron Rodriguez, Jenny Torres, 143 Cherry Tree Farm Road, Middletown, NJ 07748-1319 |
| cr | + | HYUNDAI LEASE TITLING TRUST, P.O. Box 961245, Ft. Worth, TX 76161-0244 |
| 518018108 | + | AmeriHome Mortgage, 21215 Burbank Blvd, 4th Fl, Woodland Hills, CA 91367-7091 |
| 518193146 | + | AmeriHome Mortgage Company, LLC, Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518018118 | | Emer Phy Assoc North Jersey, Att: ARS, PO Box 459079, Sunrise, FL 33345-9079 |
| 518018122 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725 |
| 518018125 | | Kia Motors Fin - Sorento, Att: Bankruptcy Dept, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 518018126 | | Kia Motors Fin - Soul, Att: Bankruptcy Dept, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 519733909 | + | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,New Jersey 60015-1831 |
| 519733910 | + | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,New Jersey 60015, Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300 Bannockburn,New Jersey 60015-1831 |
| 518018129 | + | Marvel & Maloney, PC, 3455 Route 66, PO Box 727, Neptune, NJ 07754-0727 |
| 518018130 | + | McCabe Weisberg & Conway, 216 Haddon Ave Suite 600, Westmont, NJ 08108-2814 |
| 518018141 | + | Riverview Med Center Patient Billing, 1 Riverview Plaza, Red Bank, NJ 07701-1872 |
| 518018142 | + | Riverview Medical Center, Att: QAR, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 518018144 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Div of Tax, Federal Offset Program, PO Box 283, Trenton, NJ 08695-0283 |
| 518018143 | | State of NJ Div of Tax, Att: Compliance & Enforcement - Bkcy, 50 Barrack St, 9th Floor, PO Box 112, Trenton, NJ 08695-0269 |
| 518020331 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 23 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 23 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 23 2024 20:37:00 | Lakeview Loan Servicing LLC c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 518018105 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 23 2024 20:36:00 | Alliance One, 4850 Street Road, Suite 300, Trevose, PA 19053-6643 |
| 518018107 | ^ | MEBN | Apr 23 2024 20:31:28 | AmeriHome Mortgage, PO Box 77404, Ewing, NJ 08628-6404 |
| 518018106 | | Email/PDF: bncnotices@becket-lee.com | | |

| | | | |
|---|---|---|---|
| | | Apr 23 2024 20:58:59 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 518134877 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Apr 23 2024 20:46:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518047729 | EDI: Q3GTBI | | |
| | | Apr 24 2024 00:25:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518018109 | EDI: CAPITALONE.COM | | |
| | | Apr 24 2024 00:25:00 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518018110 | EDI: CAPITALONE.COM | | |
| | | Apr 24 2024 00:25:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518018111 | EDI: CAPITALONE.COM | | |
| | | Apr 24 2024 00:25:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518142120 | + Email/Text: RASEBN@raslg.com | | |
| | | Apr 23 2024 20:36:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518018113 | + EDI: CITICORP | | |
| | | Apr 24 2024 00:25:00 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 518018114 | EDI: CITICORP | | |
| | | Apr 24 2024 00:25:00 | Costco Citi, PO Box 790046, Saint Louis, MO 63179-0046 |
| 518018115 | EDI: CITICORP | | |
| | | Apr 24 2024 00:25:00 | Costco Citi, PO Box 9001016, Louisville, KY 40290-1016 |
| 518018116 | Email/PDF: DellBKNotifications@resurgent.com | | |
| | | Apr 23 2024 20:59:18 | Dell Financial Services, Att: Bankruptcy Dept., PO Box 81577, Austin, TX 78708-1577 |
| 518018117 | + EDI: DCI.COM | | |
| | | Apr 24 2024 00:25:00 | Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 519242013 | Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | Apr 23 2024 20:37:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519242014 | Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | Apr 23 2024 20:37:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639, Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 518018119 | + Email/Text: data_processing@fin-rec.com | | |
| | | Apr 23 2024 20:37:00 | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 518018123 | + Email/Text: Banko@frontlineas.com | | |
| | | Apr 23 2024 20:38:00 | Frontline Asset Strategies, 2700 Snelling Avenue N, Suite 250, Saint Paul, MN 55113-1783 |
| 518018124 | EDI: SYNC | | |
| | | Apr 24 2024 00:25:00 | Gap/Synchrony Bank, PO Box 965003, Orlando, FL 32896-5003 |
| 518168403 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | Apr 23 2024 20:37:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 518018112 | EDI: JPMORGANCHASE | | |
| | | Apr 24 2024 00:25:00 | Chase, PO Box 15298, Att: Bankruptcy Dept, Wilmington, DE 19850-5298 |
| 518018127 | ^ MEBN | | |
| | | Apr 23 2024 20:32:21 | Kia Motors Finance, Att: Bankruptcy Dept, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 518184441 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 23 2024 20:59:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520220388 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Apr 23 2024 20:37:00 | Lakeview Loan Servicing c/o, Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741, Lakeview Loan Servicing c/o, Rushmore Servicing 75261-9096 |
| 520220387 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Apr 23 2024 20:37:00 | Lakeview Loan Servicing c/o, Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 519534083 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Apr 23 2024 20:37:00 | Lakeview Loan Servicing, LLC, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., |

District/off: 0312-3                                    User: admin                                            Page 3 of 5
Date Rcvd: Apr 23, 2024                            Form ID: 3180W                                   Total Noticed: 69

| | | | |
|---|---|---|---|
| | | | 5th Floor, Coral Gable, FL 33146, Lakeview Loan Servicing, LLC, c/o Community Loan Servicing, LLC 33146-1839 |
| 519534082 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 23 2024 20:37:00 | Lakeview Loan Servicing, LLC, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 518018128 | + Email/Text: BKNotice@ldvlaw.com | Apr 23 2024 20:37:00 | Lyons Doughty & Veldhuis, Box 1269, Mt Laurel, NJ 08054-7269 |
| 518018136 | ^ MEBN | Apr 23 2024 20:31:33 | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 518018131 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2024 20:37:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518018132 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2024 20:37:00 | Midland Funding LLC, 8875 Aero Drive, Ste. 200, San Diego, CA 92123-2255 |
| 518165809 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2024 20:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518018133 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2024 20:37:00 | Midland Funding LLC-JCPenney, 8875 Aero Drive, Ste. 200, San Diego, CA 92123-2255 |
| 518018134 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2024 20:37:00 | Midland Funding LLC-Sears, 8875 Aero Drive, Ste. 200, San Diego, CA 92123-2255 |
| 518018135 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2024 20:37:00 | Midland Funding LLC-Walmart, 8875 Aero Drive, Ste. 200, San Diego, CA 92123-2255 |
| 518018137 | + Email/Text: ngisupport@radiusgs.com | Apr 23 2024 20:37:00 | Northland Group, Box 390846, Minneapolis, MN 55439-0846 |
| 518018139 | EDI: PRA.COM | Apr 24 2024 00:25:00 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 518184069 | EDI: PRA.COM | Apr 24 2024 00:25:00 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518184100 | EDI: PRA.COM | Apr 24 2024 00:25:00 | Portfolio Recovery Associates, LLC, C/O dell Financial Services, LLC, POB 41067, Norfolk VA 23541 |
| 518184074 | EDI: PRA.COM | Apr 24 2024 00:25:00 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518174729 | EDI: PRA.COM | Apr 24 2024 00:25:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518018140 | Email/Text: signed.order@pfwattorneys.com | Apr 23 2024 20:36:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518018138 | EDI: SYNC | Apr 24 2024 00:25:00 | PayPal Buyer Credit, PO Box 981064, El Paso, TX 79998-1064 |
| 518157247 | + Email/Text: bncmail@w-legal.com | Apr 23 2024 20:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518157204 | + Email/Text: bncmail@w-legal.com | Apr 23 2024 20:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518018145 | EDI: WTRRNBANK.COM | Apr 24 2024 00:25:00 | Target, PO Box 1581, Minneapolis, MN 55440-1581 |
| 518166805 | + EDI: AIS.COM | Apr 24 2024 00:25:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518018146 | EDI: VERIZONCOMB.COM | Apr 24 2024 00:22:00 | Verizon, PO Box 4833, Trenton, NJ 08650-4833 |
| 518018147 | + EDI: SYNC | Apr 24 2024 00:25:00 | Walmart, GE Money Bank, Bankruptcy Dept., PO Box 103104, Roswell, GA 30076-9104 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518018120 | * | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 518187886 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518018121 | ## | Forster, Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2024                              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dmcdonough@flwlaw.com |
| Elizabeth L. Wassall | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Francis T. Tarlecki | on behalf of Creditor AmeriHome Mortgage Company  LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor HYUNDAI LEASE TITLING TRUST ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Marisa Myers Cohen | on behalf of Creditor AmeriHome Mortgage Company  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Melissa S DiCerbo | on behalf of Creditor AmeriHome Mortgage Company  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Byron Rodriguez wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| Warren Brumel | |

on behalf of Joint Debtor Jenny Torres wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com

TOTAL: 13