Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−12674−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Byron Rodriguez<br>143 Cherry Tree Farm Road<br>Middletown, NJ 07748 | Jenny Torres<br>143 Cherry Tree Farm Road<br>Middletown, NJ 07748 |

Social Security No.:
   xxx−xx−7200                                          xxx−xx−8568

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>May 29, 2024</u>          <u>Christine M. Gravelle</u>
                                    Judge, United States Bankruptcy Court